Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED

2022 APR 27  AM 9: 10

CLERK U.S. ...
CENTRAL ...

JB

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.  PLAINTIFF | 20-CR-01715-DMS-1 |
| William MATUSEWSKI | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# 93191-298           DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**MJ 22-01657**

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 4/26/2022 _____ at 1100 ____ ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 3583 Probation Violation

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1976

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified:  Duty Pretrial Service Officer

10. Remarks (if any): _____

11. Name: Job Gudino _____ (please print)

12. Office Phone Number: 213-620-7676

13. Agency: U.S.M.S.

14. Signature: _[signature]_

15. Date: 04/26/2022

CR-64 (09/20)                    **REPORT COMMENCING CRIMINAL ACTION**