

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM MATUSEWSKI,<br><br>Defendant. | Case No. 22-MJ-1657<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. §§ 3143(a)(1), 3148(b)] |

## I.

On April 27, 2022, Defendant William Matusewski made his initial appearance – by consent to video teleconference - in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the Southern District of California on April 7, 2022. Deputy Federal Public Defender Christy O'Connor was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Angela Makabali.

Defendant submitted on the recommendation of detention in the Pretrial Services Report.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition: Defendant's use of controlled substance on March 19, 2022 and March 25, 2022, and history of prior violations of supervised release conditions.

Thus, Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail.

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above), and criminal history which includes felony convictions in 2016 and 2020 for drug-related offenses, and a 2018 felony conviction for vehicle theft, and several law enforcement contacts, including for a probation violation.

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Southern District of California forthwith.

<u>The Court directs government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled appearance, and provide this information to DFPD O'Connor so that they may monitor the status of defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

Dated: April 27, 2022

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE